Trevor W. Barrett (SBN 287174)
tbarrett@donigerlawfirm.com
Frank R. Trechsel (SBN 312199)
ftrechsel@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNICOLORS, INC., | Case No. 2:24-cv-05851-DDP-PD |
| Plaintiff, | *Hon. Dean D. Pregerson Presiding* |
| v. | **PROOF OF SERVICE** |
| BELLA LIA BOUTIQUE, et al., | |
| Defendants. | |

- 1 -
PROOF OF SERVICE

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:24-CV-05851-DDP-PD

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)*  SHOPSOCIAL, INC.

was received by me on *(date)*  07/16/2024

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ , or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  GKL REGISTERED AGENTS OF DE, INC., AS REGISTERED AGENT, ACCEPTED BY AMANDA LEE (MANAGING AGENT EMPLOYED AT REGISTERED AGENT) , who is

designated by law to accept service of process on behalf of *(name of organization)* SHOPSOCIAL, INC.

AT 9 E LOOCKERMAN STREET, SUITE 311, DOVER, DE 19901  on *(date)*  07/16/2024 AT 1:25 PM _____

☐ I returned the summons unexecuted because _____ , or

☐ Other *(specify):*

_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date:  07/16/2024

_____
*Server's signature*

FRANK PRITCHETT              PROCESS SERVER
_____
*Printed name and title*

BRANDYWINE PROCESS SERVERS, LTD., PO BOX 1360, WILMINGTON, DE 19899
_____
*Server's address*

Additional information regarding attempted service, etc:

SERVED SUMMONS IN A CIVIL ACTION; COMPLAINT WITH JURY TRIAL DEMANDED; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; NOTICE TO COUNSEL RE CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE;